# Haley v. First National Bank of Birmingham.

APPEAL from Circuit Court of Jefferson.

Tried before Hon. JAS. J. BANKS.

KERR & HALEY and W. F. DICKERSON, for appellant.

HEWITT WALKER & PORTER, *contra*.

This was an action of assumpsit, brought by appellant against the appellee, for the purpose of recovering money which was claimed to have been paid under a mistake of fact. From a judgment for the defendant, the plaintiff appealed. Reversed and rendered.

Opinion by HEAD, J.